[No. 44445-0-I.    Division One.    April 10, 2000.]

TERRY A. BURAU, *Appellant*, v. COSTCO WHOLESALE CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-16603-9, J. Kathleen Learned, J., entered January 27, February 5, and March 18, 1999. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Coleman and Appelwick, JJ.

[No. 44703-3-I.    Division One.    April 10, 2000.]

PIPER JAFFRAY, INC., *Plaintiff*, v. ESTATE OF JOHN P. RUDOW, *Appellant*, LISA K. WEISTER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-30638-3, Norma Smith Huggins, J., entered May 17, 1999. *Reversed* by unpublished opinion per Cox, J., concurred in by Coleman and Grosse, JJ.

[No. 44594-4-I.    Division One.    April 10, 2000.]

JEFFREY COLE, *Respondent*, v. SANDRA LYNN GARROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-01709-7, Charles S. French, J., entered April 6, 1999. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 44855-2-I.    Division One.    April 10, 2000.]

DENNIS J. PERKINS, *Appellant*, v. LOCAL 32, UNITED ASSOCIATION OF PLUMBERS & PIPEFITTERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-22102-0, Ann Schindler, J., entered June 23, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Agid, C.J., concurred in by Coleman and Appelwick, JJ.